IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAMEON PIERRE BEASLEY, <br><br> Defendant. | MJ 18-42-BLG-TJC <br><br> **ORDER TO VACATE PRELIMINARY HEARING** |

Before the Court is Defendant's Motion to Vacate Preliminary Hearing. (Doc. 6.) Good cause appearing, IT IS HEREBY ORDERED that the Preliminary Hearing presently set for October 9, 2018 at 2:30 p.m. is **VACATED**.

DATED this 9th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge